UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Susan D. Wigenton

       v.        :        Crim. No. 09-246 (SDW)

JAMES VANCE
    a/k/a Samuel Wright        :        <u>CONTINUANCE ORDER</u>

       This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Randall H. Cook, Assistant U.S. Attorney), and defendant James Vance (by Paul Condon, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.  Defense counsel is currently actively engaged in several trials that, until resolved, would prevent effective litigation of the present matter;

       2.  The trial date has been set for March 16, 2010;

       3.  Defendant has consented to the aforementioned continuance; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___17th___ day of December, 2009,

IT IS ORDERED that pretrial motions shall be filed by February 15, 2010; opposition briefs shall by filed by March 1, 2010; argument of pretrial motions, if any, is scheduled for March 15, 2009; and the trial is scheduled for March 16, 2010; and

IT IS FURTHER ORDERED that the period from (and including) December _17_, 2009, through (and including) March 16, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

Randall H. Cook
Assistant U.S. Attorney

Paul Condon, Esq.
Counsel for defendant James Vance

2