# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | |
| | : | 09-246-01(SDW) |
| vs. | : | |
| JAMES VANCE | : | **JUDGMENT** |
| defendant | | |

This action came on for trial before the Court and a jury, Honorable Susan D. Wigenton, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict of not guilty on March 22, 2010 to Counts 1 of the Indictment.

It is on this 22nd day of March, 2010

Ordered and adjudged that a verdict of not guilty is hereby entered as to Count 1 of the Indictment as to defendant James Vance.

_____
SUSAN D. WIGENTON, USDJ