UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

**ORDER**

UNITED STATES OF AMERICA :

                                  Criminal 08-246-01   (SDW)

v. :

JAMES VANCE :

It is on this 22nd day of March, 2010

O R D E R E D defendant released.

SUSAN D. WIGENTON
United States District Judge